IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUY NHAT TRAN, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 3:26-CV-00979-X-BT |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT. | § | |
| *Respondent*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 14). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DENIES** Petitioner Huy Nhat Tran's motions for leave to proceed *in forma pauperis*. (Docs. 4, 12). Tran must pay the $5.00 filing fee within **thirty days** of this order, or his case will be dismissed without prejudice and without further notice under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 14th day of May 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE